UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-46745 |
| Hugh McCall & Yolanda Jones | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER REOPENING CASE**

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtors, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

A. This case is hereby reopened;

B. Notice and service of this motion to the Chapter 7 Trustee and United States Trustee are approved.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  September 02, 2014

**Prepared by:**

Robert J. Semrad & Associates
20 S. Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625